UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD D. WEAVER,** | : |
| **Plaintiff** | :    **CIVIL ACTION NO. 3:21-2078** |
| v. | :    **(JUDGE MANNION)** |
| **CLAIR DOLL,** *et al.*, | : |
| **Defendants** | : |

### ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned action is **DISMISSED** pursuant to Federal Rules of Civil Procedure 41(b).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. §1915(a)(3).


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: February 28, 2023
21-2078-01-ORDER